ORIGINAL

```
 1  CAROL C. LAM                                    FILED
    United States Attorney
 2  ORLANDO B. GUTIERREZ                         06 SEP -8 AM 8:37
    Assistant U.S. Attorney
 3  California State Bar No. 183745
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893           BY:              DEPUTY
 5  Telephone:  (619) 557-2968

 6  Attorneys for Plaintiff
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

#### (THE HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 06CR1688-LAB |
| Plaintiff, | |
| v. | **APPLICATION FOR ORDER SHORTENING TIME AND ORDER THEREON** |
| LUIS DANIEL GREINER(1), | |
| ROBERTO BECERRA (2), | |
| Defendant. | |

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, CAROL C. LAM, United States Attorney, and Orlando B. Gutierrez, Assistant United States Attorney, and hereby moves this Court for an order shortening time to September 7, 2006 to file the attached Government's Response and Opposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



06CR1688-LAB

**DECLARATION OF ORLANDO B. GUTIERREZ**

I, Orlando Gutierrez, do hereby declare, that the following information is true and accurate to the best of my knowledge:

1) That I have been assigned to prosecute the case of the <u>United States v. Luis Daniel Greiner</u>, et. al.

2) That on September 7, 2006 I received an internal calendar sheet confirming the September 11, 2006 motion hearing date. Upon this calender sheet was a notation indicating that defendant Greiner had filed moving papers.

3) That before today, September 7, 2006, I had not personally received, nor was I aware of, any moving papers filed by either defendant in the instant case.

4) As soon as I became aware of Defendant's filing, I immediately downloaded the moving papers from PACER. Putting everything else aside I drafted the attached Response and Opposition so that Court and counsel could review the instant papers as soon as possible.

5) I have faxed a courtesy copy of the instant Response and Opposition to both defense counsel.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  In light of the foregoing reasons, I have been unable to timely draft
2  and file a response to defendant's previously filed motions.  As such,
3  I respectfully request that the court allow the Government's Response
4  and Opposition to be filed today, September 7, 2006, two court days
5  past the originally scheduled due date of September 5, 2006.
6  DATED:   September 7, 2006.

                                    Respectfully submitted,

                                    CAROL C. LAM
                                    United States Attorney

                                    ORLANDO B. GUTIERREZ
                                    Assistant U.S. Attorney

<u>O R D E R</u>

Upon application of the UNITED STATES OF AMERICA and good cause appearing therefor,

IT HEREBY IS ORDERED that the Government may file the Attached Response and Opposition on Thursday, September 7, 2006, with Motions to be heard on Monday, September 11, 2006.

DATED: 9-7-06

*Larry A. Burns*

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE